IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID W. JACOBSON** ) | 1:07-cv-0596 AWI WMW HC |
| ) | |
| Petitioner, ) | ORDER VACATING |
| ) | FINDINGS AND |
| vs. ) | RECOMMENDATIONS RE |
| ) | DISMISSING PETITION FOR |
| ) | WRIT OF HABEAS CORPUS |
| **WARDEN, McFARLAND CCF, et al.,** ) | |
| ) | [Doc. 6 ] |
| Respondent. ) | |
| ) | |
| ) | |
| _____ ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 6, 2007, the court entered findings and recommendations in this case in which it found that although Petitioner seeks to challenge his parole revocation, it appears from the petition that the only grounds for relief Petitioner has presented to the California Supreme Court are related to his original conviction. The court found that the claims related to his parole revocation thus appeared to be unexhausted. Therefore the court recommended

that this petition for writ of habeas corpus be dismissed without prejudice.

In his objections filed June 18, 2007, Petitioner explains that he did present his claims regarding parole revocation to the California Supreme Court, but is unable to provide the court with documentation of that fact.

Accordingly, IT IS HEREBY ORDERED as follows:

1) The findings and recommendations entered June 6, 2007, are VACATED;

2) The court will order Respondent to respond to the petition by separate order.

IT IS SO ORDERED.

**Dated:   December 6, 2007**                    /s/  **William M. Wunderlich**
                                                          UNITED STATES MAGISTRATE JUDGE

2