IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID W. JACOBSON** ) | 1:07-cv-0596 AWI WMW HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING |
| ) | FINDINGS AND |
| vs. ) | RECOMMENDATIONS RE |
| ) | MOTION TO DISMISS |
| **WARDEN, McFARLAND CCF, et al.,** ) | PETITION FOR WRIT OF |
| ) | HABEAS CORPUS |
| Respondent. ) | |
| ) | [Doc. 14, 17 ] |
| _____ ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 13, 2008, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on May 13, 2008, are a adopted in full;
2. Respondent's motion to dismiss is GRANTED;
3. This petition for writ of habeas corpus is DISMISSED for failure to exhaust state judicial remedies;
4. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:  July 25, 2008**                                   /s/ Anthony W. Ishii
                                                                          CHIEF UNITED STATES DISTRICT JUDGE